**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 07-CV-01754 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| PROCEEDS OF DRUG TRAFFICKING TRANSFERRED TO SWISS BANK ACCOUNT | PUBLICATION OF NOTICE |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

The Daily Washington Law Reporter

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

John W. Sellers
U.S. Department of Justice
1400 New York Ave., NW-Ste. 10100
Washington, DC 20530

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                              Fold

Publication of Notice of Forfeiture Action in The Daily Washington Law Reporter.

Signature of Attorney other Originator requesting service on behalf of:     ☒ PLAINTIFF     ☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| (202) 514-1263 | 10/12/07 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 16 | District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk | Date 10/20/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date | Time | ☐ am  ☐ pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | **$0.00** |

REMARKS: *Advertised—See Attachment*

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

07-01754

# The Daily Washington Law Reporter
## Affidavit of Publication

DISTRICT OF COLUMBIA, to wit:

Personally appeared before me, a Notary Public in and for the said District of Columbia,

**David O'Brien**

who being duly sworn according to law, on oath says he is the duly authorized agent of The Daily Washington Law Reporter Company, publishers of The Daily Washington Law Reporter, a newspaper of general circulation in the District of Columbia, aforesaid, and that the advertisement of which the affixed is a true copy, was published in the regular editions of said newspaper _3_ times on the following dates:

Oct   22   29

Nov   5    2007

_____

_Dan J O'Brien_
_Agent_

Costs $ _218.40_

Subscribed to and sworn before me this

_5_ day, _Nov_, 2007

_Donald J. Nichols_
_Notary Public, District of Columbia_
_My Commission expires 12/14/2009_

Seal

### Copy of Notice

**NOTICE**

NOTICE IS HEREBY GIVEN that by virtue of a Warrant for Arrest in Rem, issued by the United States District Court for the District of Columbia, in an action entitled United States of America v. Proceeds of Drug Trafficking Transferred to Swiss Bank Accounts, the United States Marshals Service for the District of Columbia and Swiss Authorities arrested several bank accounts, property described above under Civil Action # 07-01754 and filed on October 1, 2007, with the Clerk of the Court for the District of Columbia for violations of 18 U.S.C. Secs. 1956, 1957 and which action requests that the said property be seized for condemnation and confiscation and requests such costs and disbursements as decreed by the Court. Any person who is entitled to possession of, or claiming an interest in or to, said property pursuant to Rule G95 of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and no later than 30 days after final publication of this notice (as set forth in Rule G(4)(a)), must file a verified claim with the Clerk of the Court, U.S. District Court for the District of Columbia and make service upon the attorney for the plaintiff. Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 20 days after the filing of the verified claim(s). All interested persons should file claims and answers within the time so fixed, or be defaulted and said property be condemned and forfeited to the use of the United States of America. JOHN W. SELLERS, Senior Trial Attorney, U.S. Department of Justice, Criminal Division, Asset Forfeiture and Money Laundering Section, 1400 New York Avenue, N.W., Suite 10100, Washington, D.C. 20530. Pub Dates: Oct. 22, 29, Nov. 5, 2007.