**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,     : | |
| : | |
| Plaintiff,     : | |
| : | |
| v.     : | Civil Action No. 07-1754 (JR) |
| : | |
| PROCEEDS OF DRUG TRAFFICKING     : | |
| TRANSFERRED TO SWISS BANK     : | |
| ACCOUNTS,     : | |
| : | |
| Defendant.     : | |

## ORDER

Nothing having been filed in this case since November 19, 2007, it is **ORDERED** that the government file a brief status report by March 14, 2008.

JAMES ROBERTSON
United States District Judge