## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Civil Action No. 07-1754 (JR) |
| PROCEEDS OF DRUG TRAFFICKING : | |
| TRANSFERRED TO SWISS BANK : | |
| ACCOUNTS, : | |
| Defendant. : | |

### ORDER

Upon review of the status report submitted by the government on March 20, 2007 (but apparently drafted at an earlier date, since it notes the government's intent to meet with counsel for the beneficial owner of certain Swiss bank accounts on March 3, 2007), it is **ORDERED** that a follow-up status report be filed on or before May 31, 2008, if the Stipulation of Forfeiture and Motion for Final Order of Forfeiture are not ready for filing by then.

JAMES ROBERTSON
United States District Judge