**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,    :  |   |
|                              :  |   |
|         Plaintiff,           :  |   |
|                              :  |   |
|     v.                       :  | Civil Action No. 07-1754 (JR) |
|                              :  |   |
| PROCEEDS OF DRUG TRAFFICKING :  |   |
| TRANSFERRED TO SWISS BANK    :  |   |
| ACCOUNTS,                    :  |   |
|                              :  |   |
|         Defendant.           :  |   |

**ORDER**

The status report filed by the government on 6/16/08 states that a meeting with the beneficial owner of the defendant properties was to take place on 6/23/08 and that "the process" was expected to take about 30 days.  That time period having passed, it is **ORDERED** that the government file another status report by 9/2/08.


                                        JAMES ROBERTSON
                                   United States District Judge